United States District Court
WESTERN DISTRICT OF NEW YORK

MICHAEL J. FALCONE

v.

COMMISSIONER OF SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-CV-446

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's Motion for Judgment on the Pleadings is Granted; that the Commissioner's Motion for Judgment on the Pleadings is Denied and that the action is Remanded for further proceedings.

Date: May 8, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne
Deputy Clerk