UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MICHAEL J. FALCONE,

Plaintiff,

-v- 1:21-cv-00446-DGL

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

Defendant.

---

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**IT IS HEREBY STIPULATED** by and between Krystle Shenelle McMullan, Special Assistant United States Attorney, for Trini E. Ross, the United States Attorney for the Western District of New York, attorneys for the Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, and Kenneth R. Hiller, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$5,455.89,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED: Buffalo, New York, August 7, 2023.

TRINI E. ROSS
United States Attorney
Western District of New York

BY: */s/ Krystle Shenelle McMullan*
Krystle Shenelle McMullan
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 510-970-4839
Email: krystle.mcmullan@ssa.gov

BY: */s/ Kenneth R. Hiller, Esq.*
Kenneth R. Hiller, Esq.
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue
Suite 1A
Amherst, NY 14226
(716) 564-3288
Fax: (716) 332-1884
Email: khiller@kennethhiller.com

**SO ORDERED:**

**HONORABLE DAVID G. LARIMER**
**SR. UNITED STATES DISTRICT JUDGE**

**DATED:** August 10, 2023